# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2014

Robert P. Young, Jr.,
Chief Justice

147735(62)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 147735
COA: 312966
Wayne CC: 12-003749-FH

THABO JONES,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of the Michigan Attorney General for leave to file a late amicus curiae brief is GRANTED. The amicus brief submitted on March 26, 2014 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2014

